JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

1:05cv371WJG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JACK DANIELS, ET AL.

**(b)** County of Residence of First Listed Plaintiff: **JEFFERSON**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alice Coleman, Esq., Brent Coon & Associates, 188 E. Capitol St., Ste. 1375, Jackson, MS 39201  601-714-5126, 601-714-5129

## DEFENDANTS
AC&S, ET AL.

County of Residence of First Listed Defendant: SOUTHERN DISTRICT OF MISSISSIPPI
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED  AUG 0 4 2005  J.T. NOBLIN, CLERK  BY_____ DEPUTY

Attorneys (If Known)
(See attached Exhibit "A")

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☒ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1441
Brief description of cause:
Personal injury due to asbestos exposure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: 08/04/2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # B024026  AMOUNT $250.00  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

**EXHIBIT "A"**

Lucien C. Gwin, Jr., Esq.
Gwin, Lewis & Punches
Post Office Box 1344
Natchez, MS   39121   *facsimile (601) 446-6621*

Marcy B. Croft, Esq.
Amanda D. Summerlin, Esq.
Mark D. Ray, Esq.
Forman Perry Watkins Krutz & Tardy, PLLC
Suite 1200 - One Jackson Place
P. O. Box 22608
188 East Capitol Street
Jackson, Mississippi 39225-2608   *facsimile (601) 960-8613*


Joe E. Basenberg, Esq.
Han Arendall, LLC
P. O. Box 123
Mobile, AL  36601   *facsimile (251 694-6375*


Minor C. Sumners, Jr., Esq.
1907 Dunbarton Drive, Suite F
Jackson, Mississippi 39216   *facsimile (601) 366-7498*


Michael N. Watts, Esq.
Holcomb Dunbar
P. O. Drawer 707
Oxford, Mississippi 38655   *facsimile (662) 238-7552*


Ann M. Sico
Bernard, Cassisa, Elliot & Davis
A Professional Law Corporation
1615 Metairie Road,
P. O. Box 55490
Metairie, LA  70055-5490   *facsimile (504) 832-7780*


James P. Streetman, III
Wade G. Manor

Clyde L. Nichols, III
Clark, Scott & Streetman, P.A.
P. O. Box 13847
Jackson, MS  39236-3847    *facsimile (601) 607-4801*


Robert M. Arentson, Jr.
Scott Bates, Esq.
Baker, Donelson Bearman & Caldwell
4268 I-55 north
Meadowbrook Office Park (39211)
P. O. Box 14167
jackson, MS  392    *facsimile (601) 592-2420*


Roy C. Williams, Esq.
Colingo Williams Heidelberg & McElhaney
Post Office Box 1407
Pascagoula, MS 39568-1407  *facsimile (228) 762-7589*


Walter W. Dukes, Esq.
Dukes Dukes Keating & Faneca, P.A.
P. O. Drawer W
Gulfport, Mississippi 39502   *facsimile (228) 863-2886*


Matthew F. Powers
Samson & Powers, PLLC
2400 - 13th Street
Gulfport, Mississippi 39501   *facsimile (228) 822-2317*


Alben N. Hopkins, Esq.
Hopkins, Barvie & Hopkins, P.L.L.C.
P. O. Box 1510
Gulfport, MS  39502-1510
2701 24th Ave.
Gulfport, MS  39501-4941    *facsimile (228) 863-4227*
,

Jeffrey P. Hubbard, Esq.
Wells, Moore, Simmons & Hubbard, PLLC
Highland Bluff North
4450 Old Canton Road, Suite 200

Jackson, MS 39211   *facsimile 355-5850*

Ronald G. Peresich, Esq.
Page, Mannino, Peresich
 & McDermott, PLLC
759 Vieux Marche Malle
P. O. Drawer 289
Biloxi, MS 39533-0289      *facsimile (228) 432-5539*

Robert L. Gibbs, Esq.
A. LaVeme Edney, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
1400 Trustmark Building
248 East Capitol St.
P. O. Drawer 119
Jackson MS 39205   *facsimile (601)960-6902*

Patrick R. Buchanan, Esq.
Brown Buchanan Sessoms
669 Water Street
P. O. box 1377
Biloxi, MS 39533-1377      *facsimile (228)435-7090*

Robert W. Wilkinson, Esq.
Nathan A. Bosio, Esq.
David Dogan, III, Esq.
Dogan & Wilkins, PLLC
734 Delmas Avenue
P. O. Drawer 1618
Pascagoula, MS 39568-1618       *facsimile (228)762-3223*

Patricia Gandy, Esq.
AmSouth Plaza, 17" Floor
210 E. Capitol St.
P. O. Box 22567
Jackson, MS 39225-2567     *facsimile (601)985-4500*

Rebecca Kathryn Jude, Esq.

Jued & Associates, PLLC
P. O. Box 17468
6424 US Hwy 98 West
Suite 50
Hattiesburg, MS  39404-7468        *facsimile (601) 579-8461*

William N. Graham, Esq.
Aultman, Tyner, Ruffin & Yarborgough,LTD Post Office Drawer 750
Hattiesburg, MS  39403-0750        *facsimile (601) 583-2677*


Michael O. Gwin, Esq.
Watkins & Eager, PLLC
400 East Capitol St., Suite 300
Jackson, MS  39205-0650     *facsimile 354-3623*



Judy A. Pace, Esq.
Duncan, Courington & Rydberg, L.L.C.
400 Poydrass Street, Suite 1200
New Orleans, LA  70130     *facsimile (504) 524-7887*


Michael T. Bartley
Copeland Cook Taylor & Bush
Post Office Box 6020
Ridgeland, MS 39158        *facsimile 856-7626*

Judy A. Pace, Esq.
Duncan, Courington & Rydberg, L.L.C.
400 Poydrass Street, Suite 1200
New Orleans, LA  70130     *facsimile (504) 524-7887*

William C. Reeves, Esq.
Smith Reeves & Yarborough, PLLC
Post Office Box 13469
Jackson, MS 39236-3469      *facsimile 965-7201*

Carey R. Varnado
Montague, Pittman & Varnado
Post Office Drawer 1975
Hattiesburg, MS 39403     *facsimile 544-1280*
**COUNSEL FOR DEFENDANT JOHN CRANE, INC.**